IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40029
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROBERTO SERGIO SALINAS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-93-CR-188-5
- - - - - - - - - -
August 14, 1997
Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Roberto Sergio Salinas appeals the sentence imposed by the district court after his supervised release was revoked. Salinas contends that the district court's sentence was excessive. We have reviewed the record and the briefs of the parties and hold that the district court did not err in sentencing Salinas. The district court's sentence was not in violation of law or plainly unreasonable. United States v. Headrick, 963 F.2d 777 (5th Cir. 1992).

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.